IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CHARLOTTE SULLIVAN, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 3:07-CV-127-K |
| v. | ) |
| GENERAL MOTORS CORPORATION, | ) |
| Defendant. | ) |

## ORDER ALLOWING *PRO HAC VICE*

This cause being heard by the undersigned on the motion of Plaintiff, for an Order admitting Michael D. Donovan, Esquire, *pro hac vice* for the limited purpose as co-counsel in this action, pursuant to Rule 83.1 of the Local Rules of Civil Procedure. Accordingly, the Motion for Admission *pro hac vice* should be ALLOWED.

It is hereby ORDERED, ADJUDGED, and DECREED, that Plaintiff's Motion for Admission *pro hac vice* of Michael D. Donovan is hereby ALLOWED.

This the 16th day of April, 2007.

_____
Signature of Judge

David C. Keesler
U.S. Magistrate Judge

_____
Name and Title of Judge