IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:07CV127-K

| | |
|---|---|
| CHARLOTTE SULLIVAN, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | ORDER |

Upon Defendant's Motion to Stay and for good cause shown,

IT IS THEREFORE ORDERED that this Court stay all proceedings in this case until such time as it is determined by the Judicial Panel on Multidistrict Litigation ("JPML") whether it should be consolidated with other *General Motors Corp. Vehicle Cooling System Prods. Liability Litigation* cases.

Signed: May 16, 2007

David C. Keesler
United States Magistrate Judge