DOCKET NO. 1562

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE GENERAL MOTORS CORP. VEHICLE COOLING SYSTEM PRODUCTS LIABILITY LITIGATION

*Charlotte Sullivan v. General Motors Corp.,* W.D. North Carolina, C.A. No. 3:07-127

CONDITIONAL TRANSFER ORDER (CTO-5)

On November 14, 2003, the Panel transferred one civil action to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 293 F.Supp.2d 1381 (J.P.M.L. 2003). Since that time, eight additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable G. Patrick Murphy.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Murphy.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of November 14, 2003, and, with the consent of that court, assigned to the Honorable G. Patrick Murphy.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-5)
# DOCKET NO. 1562
# IN RE GENERAL MOTORS CORP. VEHICLE COOLING SYSTEM PRODUCTS LIABILITY LITIGATION

Christopher A. Chleborowicz
Lea, Rhine & Associates
314 Walnut Street
Suites 1000 & 2000
Wilmington, NC 28401-4031

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

Richard A. Vinroot
Robinson, Bradshaw & Hinson, P.A.
1900 Independence Tower
101 North Tryon
Charlotte, NC 28246

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 25, 2007

RECEIVED
CHARLOTTE, N.C.
MAY 29 2007
Clerk, U. S. Dist. Court
W. Dist. of N. C.

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Re: MDL-1562 -- In re General Motors Corp. Vehicle Cooling System Products Liability Litigation

(See Attached CTO-5)

Dear Mr. Jaworski:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 9, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge G. Patrick Murphy
    Transferor Judge: Judge David Keesler
    Transferor Clerk: Frank G. Johns

JPML Form 36